| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Gerard Fletcher (State Bar No. 70849)<br>mfletcher@frandzel.com<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>6500 Wilshire Boulevard, Seventeenth Floor<br>Los Angeles, California 90048-4920<br>Telephone: (323) 852-1000<br>Facsimile: (323) 651-2577<br><br>Attorneys for Plaintiff BANK SINOPAC LOS ANGELES BRANCH<br>☐ *Individual appearing without attorney*<br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>ATHERTON FINANCIAL BUILDING LLC, a California limited liability company<br><br>Debtor(s). | CASE NO.: 2:14-bk-27223-TD<br>CHAPTER: 11<br>ADVERSARY NO.: 2:15-ap-01145-TD |
|---|---|
| BANK SINOPAC LOS ANGELES BRANCH<br><br>Plaintiff(s),<br>vs.<br>ATHERTON FINANCIAL BUILDING LLC, a California limited liability company, et al.<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** *(title of motion[1])*: _____<br>Request for Entry of Default Judgment<br>_____ |

PLEASE TAKE NOTE that the order or judgment titled _____
DECLARATION OF MICHAEL GERARD FLETCHER AND REQUEST FOR ENTRY OF DEFAULT JUDGMENT ON FIRST CLAIM FOR RELIEF AGAINST DEFENDANT PA ONE, LLC
was lodged on *(date)* June 2, 2015 _____ and is attached. This order relates to the motion which is docket number 16.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 9021-1.2.ADV.NOTICE.LODGMENT

Michael Gerard Fletcher (State Bar No. 70849)
   mfletcher@frandzel.com
Bob Benjy (State Bar No. 211569)
   bbenjy@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff BANK SINOPAC LOS ANGELES BRANCH

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ATHERTON FINANCIAL BUILDING LLC, a California limited liability company,<br><br>Debtor. | Case No. 2:14-bk-27223-TD<br><br>Chapter 11 |
| BANK SINOPAC LOS ANGELES BRANCH,<br><br>Plaintiff,<br><br>v.<br><br>ATHERTON FINANCIAL BUILDING LLC, a California limited liability company; LUCY GAO, an individual; BENJAMIN KIRK, an individual; SUNSHINE VALLEY, LLC, a California limited liability company; GREAT VISTA REAL ESTATE INVESTMENT CORPORATION, a California corporation; AMERICAN REO SOLUTIONS LLC, a Delaware limited liability company; WASHINGTON CAPITAL MANAGEMENT SERVICES LLC, a Delaware limited liability company; and PA ONE, LLC, a California limited liability company,<br><br>Defendants. | Adv. No. 2:15-ap-01145-TD<br><br>**[PROPOSED] DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF BANK SINOPAC LOS ANGELES BRANCH AND AGAINST DEFENDANT PA ONE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** |

The Court hereby enters judgment by default in favor of Plaintiff Bank SinoPac Los Angeles Branch ("Plaintiff") and against Defendant PA One, LLC, a California limited liability company, declaring as follows:

(a) Lucy Gao ("Gao") has an equity interest in debtor Atherton Financial Building, LLC ("Atherton"), under which Gao is entitled to an immediate equity distribution from Atherton in the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00) ("Gao Distribution") from the proceeds from sale of Atherton's real property, which Gao Distribution is subject to Plaintiff's rights under the order ("Charging Order") entered on April 30, 2015, in the action captioned Bank SinoPac v. Gao (Los Angeles County Superior Court Case No. VC064502) ("State Court Action") charging Gao's membership interest in the Debtor with the judgment entered in the Bank's favor in the State Court Action;

(b) Pursuant to the Charging Order, Plaintiff is entitled to receive the Gao Distribution from Atherton; and

(c) Counsel for Atherton, Levene, Neale, Bender, Yoo & Brill L.L.P., shall wire transfer the Gao Distribution to Plaintiff.

DATED: _____, 2015

_____
UNITED STATES BANKRUPTCY JUDGE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6500 Wilshire Bouelvard, 17th Floor, Los Angeles, CA 90048-4920.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) June 2, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   Todd M Arnold    tma@lnbyb.com
   Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com,dmoore@frandzel.com
   Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;sking@frandzel.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) June 2, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   PA One, LLC (By overnight mail)
   c/o Paul J. Tauber, Agent for Service of Process
   One Ferry Building, Suite 200
   San Francisco, CA 94111

   PA One, LLC (By overnight mail)
   4260 Newberry Court
   Palo Alto, CA 94306

   Honorable Thomas B. Donovan  (By overnight mail)
   United States Bankruptcy Court
   Central District of California
   255 E. Temple Street, Suite 1352 / Courtroom 1345
   Los Angeles, CA 90012

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 2, 2015 | David T. Moore | /s/ David T. Moore |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.ADV.NOTICE.LODGMENT