| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Gerard Fletcher (State Bar No. 70849)<br>　mfletcher@frandzel.com<br>Bob Benjy (State Bar No. 211569)<br>　bbenjy@frandzel.com<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>6500 Wilshire Boulevard, Seventeenth Floor<br>Los Angeles, California 90048-4920<br>Telephone: (323) 852-1000<br>Facsimile: (323) 651-2577<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff BANK SINOPAC LOS ANGELES BRANCH | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>ATHERTON FINANCIAL BUILDING LLC, a California limited liability company,<br><br>　　　　　　　　　　　　　　　　　Debtor(s). | CASE NO.: 2:14-bk-27223-TD<br>CHAPTER: 11<br>ADVERSARY NO.: 2:15-ap-01145-TD |
|---|---|
| BANK SINOPAC LOS ANGELES BRANCH,<br><br>　　　　　　　　　　　　　　　　　Plaintiff(s),<br>vs.<br><br>ATHERTON FINANCIAL BUILDING LLC, a California limited liability company, et al.,<br><br>　　　　　　　　　　　　　　　　　Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** *(title of motion[1])*: _____<br>Stipulation for Immediate Entry of Declaratory Judgment in Favor of Plaintiff Bank Sinopac Los Angeles Branch |

PLEASE TAKE NOTE that the order or judgment titled  Judgment on Stipulation for Immediate Entry of Declaratory Judgment in Favor of Plaintiff Bank Sinopac Los Angeles Branch

was lodged on *(date)* 6/3/15 _____ and is attached. This order relates to the motion which is docket number _____.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                           F 9021-1.2.ADV.NOTICE.LODGMENT

1  Michael Gerard Fletcher (State Bar No. 70849)
     mfletcher@frandzel.com
2  Bob Benjy (State Bar No. 211569)
     bbenjy@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard, Seventeenth Floor
4  Los Angeles, California 90048-4920
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Plaintiff BANK SINOPAC LOS
   ANGELES BRANCH

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:14-bk-27223-TD |
|---|---|
| ATHERTON FINANCIAL BUILDING LLC, a California limited liability company, | Chapter 11 |
| Debtor. | |
| BANK SINOPAC LOS ANGELES BRANCH, | Adv. No. 2:15-ap-01145-TD |
| Plaintiff, | **JUDGMENT ON STIPULATION FOR IMMEDIATE ENTRY OF DECLARATORY JUDGMENT IN FAVOR OF PLAINTIFF BANK SINOPAC LOS ANGELES BRANCH** |
| v. | |
| ATHERTON FINANCIAL BUILDING LLC, a California limited liability company; LUCY GAO, an individual; BENJAMIN KIRK, an individual; SUNSHINE VALLEY, LLC, a California limited liability company; GREAT VISTA REAL ESTATE INVESTMENT CORPORATION, a California corporation; AMERICAN REO SOLUTIONS LLC, a Delaware limited liability company; WASHINGTON CAPITAL MANAGEMENT SERVICES LLC, a Delaware limited liability company; and PA ONE, LLC, a California limited liability company, | |
| Defendants. | |

Pursuant to the Stipulation for Immediate Entry of Declaratory Judgment in Favor of Plaintiff Bank SinoPac, Los Angeles Branch ("Stipulation"), on file herein, the Court finds good cause exists to approve the Stipulation and enters this judgment in the above-entitled adversary proceeding:

IT IS ORDERED, ADJUDGED, DECREED, and DECLARED that:

(a) This judgment should be entered in this action in favor of Plaintiff, and against all Defendants, on the First Claim for Relief in this adversary proceeding, declaring that:

(b) Lucy Gao ("Gao") has an equity interest in debtor Atherton Financial Building, LLC ("Atherton"), under which Gao is entitled to an immediate equity distribution from Atherton in the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00) from the Sale Proceeds[1] ("Gao Distribution"), which Gao Distribution is subject to the State Judgment and Plaintiff's rights under the Charging Order; and,

(c) Pursuant to the Charging Order, Plaintiff Bank SinoPac, Los Angeles Branch ("Bank") is entitled to receive Gao's $1,500,000.00 portion of the equity distribution from Atherton.

(d) Counsel for Atherton, Levene, Neale, Bender, Yoo & Brill L.L.P., shall wire transfer the Gao Distribution to Plaintiff Bank.

DATED: _____, 2015

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] All defined terms have the meaning set forth in the Stipulation.

1810731.1 | 100158-0032

2

JUDGMENT ON STIPULATION FOR IMMEDIATE ENTRY OF DECLARATORY JUDGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 6500 Wilshire Boulevard, 17th Floor, Los Angeles, CA 90048-4920.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* June 3, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyb.com
- Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com,dmoore@frandzel.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* June 3, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan        (Via overnight mail)
United States Bankruptcy Court
255 E. Temple Street, Suite 1352 / Courtroom 1345
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 3, 2015 | David T. Moore | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.ADV.NOTICE.LODGMENT