1  Michael Gerard Fletcher (State Bar No. 70849)
   mfletcher@frandzel.com
2  Christopher D. Crowell (State Bar No. 253103)
   ccrowell@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard, Seventeenth Floor
4  Los Angeles, California 90048-4920
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Plaintiff BANK SINOPAC LOS
   ANGELES BRANCH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ATHERTON FINANCIAL BUILDING LLC, a California limited liability company,<br><br>Debtor. | Case No. 2:14-bk-27223-TD<br><br>Chapter 11<br><br>Adv. No. 2:15-ap-01145-TD<br><br>NOTICE OF ENTRY OF: |
| BANK SINOPAC LOS ANGELES BRANCH,<br><br>Plaintiff,<br><br>v.<br><br>ATHERTON FINANCIAL BUILDING LLC, a California limited liability company; LUCY GAO, an individual; BENJAMIN KIRK, an individual; SUNSHINE VALLEY, LLC, a California limited liability company; GREAT VISTA REAL ESTATE INVESTMENT CORPORATION, a California corporation; AMERICAN REO SOLUTIONS LLC, a Delaware limited liability company; WASHINGTON CAPITAL MANAGEMENT SERVICES LLC, a Delaware limited liability company; and PA ONE, LLC, a California limited liability company,<br><br>Defendants. | (1) DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF BANK SINOPAC LOS ANGELES BRANCH AND AGAINST DEFENDANT PA ONE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY;<br><br>AND<br><br>(2) JUDGMENT ON STIPULATION FOR IMMEDIATE ENTRY OF DECLARATORY JUDGMENT IN FAVOR OF PLAINTIFF BANK SINOPAC LOS ANGELES BRANCH |

1864867.1 | 100158-0032

1

NOTICE OF ENTRY OF JUDGMENTS

1    PLEASE TAKE NOTICE that on June 10, 2015, the Court in this adversary proceeding
2    entered its (1) Default Judgment in Favor of Plaintiff Bank SinoPac Los Angeles Branch and Against
3    Defendant PA One, LLC, a California limited liability company ("Default Judgment"); and (2)
4    Judgment on Stipulation for Immediate Entry of Declaratory Judgment in Favor of Plaintiff Bank
5    SinoPac Los Angeles Branch ("Stipulated Judgment"). True and correct copies of the Default
6    Judgment and the Stipulated Judgment are attached hereto as Exhibits 1 and 2 respectively.

7    DATED: June 12, 2015            FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                     MICHAEL GERARD FLETCHER
8                                    CHRISTOPHER D. CROWELL

9                                    By:  /s/ Christopher D. Crowell
10                                        CHRISTOPHER D. CROWELL
                                          Attorneys for Plaintiff BANK SINOPAC LOS
11                                        ANGELES BRANCH

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1864867.1 | 100158-0032
2
NOTICE OF ENTRY OF JUDGMENTS

# EXHIBIT 1

1  Michael Gerard Fletcher (State Bar No. 70849)
     mfletcher@frandzel.com
2  Bob Benjy (State Bar No. 211569)
     bbenjy@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard, Seventeenth Floor
4  Los Angeles, California 90048-4920
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Plaintiff BANK SINOPAC LOS
   ANGELES BRANCH
7

**FILED & ENTERED**

**JUN 10 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

8                    UNITED STATES BANKRUPTCY COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10                          LOS ANGELES DIVISION

| | |
|---|---|
| 11 In re | Case No. 2:14-bk-27223-TD |
| 12 ATHERTON FINANCIAL BUILDING LLC, a California limited liability company, | Chapter 11 |
| 13 | |
| 14         Debtor. | |
| 15 BANK SINOPAC LOS ANGELES BRANCH, | Adv. No. 2:15-ap-01145-TD |
| 16 | |
| 17         Plaintiff, | **DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF BANK SINOPAC LOS ANGELES BRANCH AND AGAINST DEFENDANT PA ONE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** |
| 18 v. | |
| 19 ATHERTON FINANCIAL BUILDING LLC, a California limited liability company; LUCY GAO, an individual; BENJAMIN KIRK, an individual; SUNSHINE VALLEY, LLC, a California limited liability company; GREAT VISTA REAL ESTATE INVESTMENT CORPORATION, a California corporation; AMERICAN REO SOLUTIONS LLC, a Delaware limited liability company; WASHINGTON CAPITAL MANAGEMENT SERVICES LLC, a Delaware limited liability company; and PA ONE, LLC, a California limited liability company, | |
| 25         Defendants. | |

1853140.1 | 100158-0032                          1
                       [PROPOSED] DEFAULT JUDGMENT

The Court hereby enters judgment by default in favor of Plaintiff Bank SinoPac Los Angeles Branch ("Plaintiff") and against Defendant PA One, LLC, a California limited liability company, declaring as follows:

(a) Lucy Gao ("Gao") has an equity interest in debtor Atherton Financial Building, LLC ("Atherton"), under which Gao is entitled to an immediate equity distribution from Atherton in the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00) ("Gao Distribution") from the proceeds from sale of Atherton's real property, which Gao Distribution is subject to Plaintiff's rights under the order ("Charging Order") entered on April 30, 2015, in the action captioned Bank SinoPac v. Gao (Los Angeles County Superior Court Case No. VC064502) ("State Court Action") charging Gao's membership interest in the Debtor with the judgment entered in the Bank's favor in the State Court Action;

(b) Pursuant to the Charging Order, Plaintiff is entitled to receive the Gao Distribution from Atherton; and

(c) Counsel for Atherton, Levene, Neale, Bender, Yoo & Brill L.L.P., shall wire transfer the Gao Distribution to Plaintiff.

Date: June 10, 2015

Thomas B. Donovan
United States Bankruptcy Judge

1853140.1 | 100158-0032

2

[PROPOSED] DEFAULT JUDGMENT

# EXHIBIT 2

Case 2:15-ap-01145-TD    Doc 25    Filed 06/12/15    Entered 06/12/15 16:56:05    Desc
Main Document    Page 6 of 10

Michael Gerard Fletcher (State Bar No. 70849)
  mfletcher@frandzel.com
Bob Benjy (State Bar No. 211569)
  bbenjy@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff BANK SINOPAC LOS ANGELES BRANCH

**FILED & ENTERED**

**JUN 10 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ATHERTON FINANCIAL BUILDING LLC, a California limited liability company,<br><br>Debtor. | Case No. 2:14-bk-27223-TD<br><br>Chapter 11 |
| BANK SINOPAC LOS ANGELES BRANCH,<br><br>Plaintiff,<br><br>v.<br><br>ATHERTON FINANCIAL BUILDING LLC, a California limited liability company; LUCY GAO, an individual; BENJAMIN KIRK, an individual; SUNSHINE VALLEY, LLC, a California limited liability company; GREAT VISTA REAL ESTATE INVESTMENT CORPORATION, a California corporation; AMERICAN REO SOLUTIONS LLC, a Delaware limited liability company; WASHINGTON CAPITAL MANAGEMENT SERVICES LLC, a Delaware limited liability company; and PA ONE, LLC, a California limited liability company,<br><br>Defendants. | Adv. No. 2:15-ap-01145-TD<br><br>**JUDGMENT ON STIPULATION FOR IMMEDIATE ENTRY OF DECLARATORY JUDGMENT IN FAVOR OF PLAINTIFF BANK SINOPAC LOS ANGELES BRANCH** |

1810731.1 | 100158-0032                    1
JUDGMENT ON STIPULATION FOR IMMEDIATE ENTRY OF DECLARATORY JUDGMENT

Pursuant to the Stipulation for Immediate Entry of Declaratory Judgment in Favor of Plaintiff Bank SinoPac, Los Angeles Branch ("Stipulation"), on file herein, the Court finds good cause exists to approve the Stipulation and enters this judgment in the above-entitled adversary proceeding:

IT IS ORDERED, ADJUDGED, DECREED, and DECLARED that:

(a) This judgment should be entered in this action in favor of Plaintiff, and against all Defendants, on the First Claim for Relief in this adversary proceeding, declaring that:

(b) Lucy Gao ("Gao") has an equity interest in debtor Atherton Financial Building, LLC ("Atherton"), under which Gao is entitled to an immediate equity distribution from Atherton in the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00) from the Sale Proceeds[1] ("<u>Gao Distribution</u>"), which Gao Distribution is subject to the State Judgment and Plaintiff's rights under the Charging Order; and,

(c) Pursuant to the Charging Order, Plaintiff Bank SinoPac, Los Angeles Branch ("Bank") is entitled to receive Gao's $1,500,000.00 portion of the equity distribution from Atherton.

(d) Counsel for Atherton, Levene, Neale, Bender, Yoo & Brill L.L.P., shall wire transfer the Gao Distribution to Plaintiff Bank.

###

Date: June 10, 2015

Thomas B. Donovan
United States Bankruptcy Judge

---

[1] All defined terms have the meaning set forth in the Stipulation.

1810731.1 | 100158-0032

2

JUDGMENT ON STIPULATION FOR IMMEDIATE ENTRY OF DECLARATORY JUDGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 6500 Wilshire Boulevard, 17th Floor, Los Angeles, California 90048.

A true and correct copy of the foregoing document entitled: NOTICE OF ENTRY OF (1) DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF BANK SINOPAC LOS ANGELES BRANCH AND AGAINST DEFENDANT PA ONE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND (2) JUDGMENT ON STIPULATION FOR IMMEDIATE ENTRY OF DECLARATORY JUDGMENT IN FAVOR OF PLAINTIFF BANK SINOPAC LOS ANGELES BRANCH will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* June 12, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyb.com
- Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com,dmoore@frandzel.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* June 12, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* June 5, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/12/2015 | David T. Moore | /s/ David T. Moore |
|---|---|---|
| Date | Printed Name | Signature |

2. **SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Atherton Financial Building LLC<br>3592 Rosemead Blvd, Suite 325<br>Rosemead, CA 91770 | Lucy Gao<br>1001 East Road<br>La Habra Heights, CA 90631 |
| Lucy Gao<br>3218 East Holt Avenue<br>West Covina, CA 91791 | Benjamin Kirk<br>126 Atherton Avenue<br>Atherton, CA 94027 |
| Benjamin Kirk<br>250 Selby Lane<br>Atherton, CA 94027 | Benjamin Kirk<br>3218 East Holt Avenue<br>West Covina, CA 91791 |
| Sunshine Valley, LLC<br>c/o Paracorp Incorporated, Agent for Service of Process<br>Attn: Matthew Marucco<br>2804 Gateway Oaks Drive, Suite 200<br>Sacramento, CA 95833-3509 | Sunshine Valley LLC<br>Attn: Benjamin Kirk<br>2648 E. Workman Avenue, Suite 238<br>West Covina, CA 91790 |
| Great Vista Real Estate Investment Corp.<br>250 Selby Lane<br>Atherton, CA 94027 | Great Vista Real Estate Investment Corp.<br>126 Atherton Avenue<br>Atherton, CA 94027 |
| Great Vista Real Estate Investment Corporation<br>c/o Tsai-Luan Ho<br>126 Atherton Avenue<br>Atherton, CA 94027 | American REO Solutions, LLC.<br>c/o George Eshoo<br>702 Marshall Street, Suite 500<br>Redwood City, CA 94063 |
| American REO Solutions, LLC<br>2804 Gateway Oaks Drive, #200<br>Sacramento, CA 95833 | American REO Solutions LLC<br>126 Atherton Avenue<br>Atherton, CA 94027 |
| Washington Capital Management Services, LLC<br>c/o Tsai-Luan Ho, Agent for Service of Process<br>126 Atherton Avenue<br>Atherton, CA 94040 | Washington Capital Management Services LLC<br>2804 Gateway Oaks Drive, #200<br>Sacramento, CA 95833 |
| PA One, LLC<br>c/o Paul J. Tauber, Agent for Service of Process<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111 | PA One, LLC<br>4260 Newberry Court<br>Palo Alto, CA 94306 |
| David Golubchik<br>Levene Neale Bender Yoo & Brill LLP<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067 | Jeffrey Shinbrot<br>Law Offices of Jeffrey Shinbrot<br>8200 Wilshire Boulevard, Suite 400<br>Beverly Hills, CA 90211 |
| John Vozenilek<br>Law Offices of John Vozeinilek<br>2271 Pacific Avenue<br>Costa Mesa, California 926287 | Hon. Thomas B. Donovan<br>United States Bankruptcy Court<br>255 East Temple Street, Suite 1352<br>Los Angeles, CA 90012 |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000